# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 11-10316
Summary Calendar

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 13, 2012

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee

v.

CEDRIC ROBINSON, also known as C.C.,

Defendant–Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:10-CR-206-8

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Cedric Robinson has moved for leave
to withdraw and has filed a brief in accordance with *Anders v. California*, 386
U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).
Robinson has not filed a response. We have reviewed counsel's brief and the
relevant portions of the record reflected therein. We concur with counsel's
assessment that the appeal presents no nonfrivolous issue for appellate review.
Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 11-10316

excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.